

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

RONALD RUDOLPH RODRIGUEZ,     §     No. 08-16-00259-CR

    Appellant,     §     Appeal from the

v.     §     207th District Court

THE STATE OF TEXAS,     §     of Comal County, Texas

    State.     §     (TC# CR2015-395)

§

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **May 5, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Sammy M. McCrary, State's attorney, prepare the State's brief and forward the same to this Court on or before May 5, 2017.

IT IS SO ORDERED this 21st day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.